436 A.2d 705

**Homer A. BOHNER and Frances W. Bohner, his wife, Appellants,**

**v.**

**Jeffrey R. STINE.**

Superior Court of Pennsylvania.

Argued Dec. 2, 1980.

Filed Oct. 30, 1981.

Richard A. Stanko, Harrisburg, for appellants.

David E. Lehman, Harrisburg, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

32 

PER CURIAM:

Inasmuch as the verdict has not been reduced to judgment and the appeal is from an Order denying appellants' Motion for a New Trial, this case is not properly before our Court at this time. Pa.R.A.P. 301(c). See *Heffner v. Bock*, 287 Pa.Super. 345, 430 A.2d 318 (1981) and cases cited therein.

Appeal quashed.